**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenneth Franklin BEALS,**
**Defendant–Appellant.**

**No. 12–10463.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 15, 2015.*

Filed Sept. 22, 2015.

William S. Wong, Assistant U.S., US-SAC–Office of the U.S. Attorney, Sacramento, CA, Plaintiff–Appellee.

Robert Miller Holley, Esquire, Robert M. Holley, Sacramento, CA, Defendant–Appellant.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument.

*See* Fed. R.App. P. 34(a)(2).

Before: CALLAHAN, CHRISTEN, and FRIEDLAND, Circuit Judges.

#### MEMORANDUM **

Kenneth Beals appeals his conviction (via guilty plea) on one count of being a felon in possession of a firearm, 18 U.S.C. § 922(g)(1). We affirm.

The district court did not err in denying Beals's motion to dismiss the indictment for outrageous government conduct. Beals has not shown that the challenged governmental conduct was a due process violation "so grossly shocking and so outrageous as to violate the universal sense of justice." *United States v. Stinson,* 647 F.3d 1196, 1209 (9th Cir.2011). Nor has Beals shown that the district court abused its discretion in declining to dismiss the indictment under its supervisory authority. *See United States v. Barrera–Moreno,* 951 F.2d 1089, 1091–92 (9th Cir.1991).

Likewise, Beals has not shown that the district court abused its discretion in denying his request for an evidentiary hearing. *See United States v. Howell,* 231 F.3d 615, 620–21 (9th Cir.2000).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

